UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00058 |
| | ) | Chief Judge Haynes |
| DARRELLE K. GROVES | ) | |

ORDER

Based on the Defendant's oral motion made at the status conference on July 15, 2013, the plea hearing in this case is set for 3:00 p.m., Monday, July 29, 2013.

Enter this the ___ day of July, 2013.

WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

*s/ Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender