**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff.                       )
                                     )
v.                                   )        Case No. 3:13-00058
                                     )        Chief Judge Haynes,
DARRELLE GROVES,                     )
                                     )
    Defendant.                       )

## O R D E R

    The sentencing hearing is set in this action for **Friday, October 18, 2013 at 3:00 p.m.** By **Monday, October 7, 2013,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

    It is so **ORDERED**.

    **ENTERED** this the _30th_ day of July, 2013.

                    WILLIAM J. HAYNES, JR.
                    Chief Judge
                    United States District Court